DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID TULCHINSKY,**
Appellant,

v.

**DARA GLASSER,**
Appellee.

No. 4D2025-2299

[May 28, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Johnathan D. Lott, Judge; L.T. Case No. 062018DR004481AXXXCE.

David Tulchinsky, Weston, pro se.

Nancy Adkins of Adkins Family Law, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***